COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 NO. 2-07-055-CV

IN THE INTEREST OF N.W.D.

----------

FROM THE 90
TH
 DISTRICT COURT OF YOUNG COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s “Motion For Voluntary Dismissal Of Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL B:  MCCOY, LIVINGSTON, and WALKER, JJ.

DELIVERED:  October 11, 2007

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.